**SPELLBOUND DEVELOPMENT GROUP, INC., Plaintiff–Appellee,**

v.

**PACIFIC HANDY CUTTER, INC., and Stanley Black & Decker, Inc., Defendants–Appellants,**

and

**Front Line Sales, Inc., Defendant.**

Nos. 2012–1573, 2012–1574.

United States Court of Appeals,
Federal Circuit.

May 29, 2013.

William J. Brown, Jr., Brown, Wegner & Berliner, LLP, of Irvine, CA, argued for plaintiff-appellee. With him on the brief

was Matthew K. Wegner. Of counsel on the brief was Robert J. Lauson, Lauson & Tarver, LLP, of El Segundo, CA.

Dean A. Dickie, Miller, Canfield, Paddock and Stone, P.L.C., of Chicago, IL, argued for defendants-appellants. With him on the brief was Ryan C. Williams. Of counsel on the brief was George L. Hampton, IV, HamptonHolley LLP, of Corona Del Mar, CA.

DYK, SCHALL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**